

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 17, 2025

**BY EMAIL AND ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Maxwell Paul*, 24 Mag. 3977 (UA), 25 Cr. ___ (DEH)

Dear Judge Ho:

      The parties are scheduled to appear before the Court on Wednesday, March 19, 2025, for a proceeding to change the defendant's plea. In view of the defendant's expression of intent to change his plea, the Government moves with the defendant's consent for a continuance of this case's current deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and the Speedy Trial Act, 18 U.S.C. § 3161 (together, the "charging deadlines").

      The defendant was arrested on November 13, 2024, and presented on a complaint the next day. *See* Dkts. 1-3, 24 Mag. 3977 (UA). The charging deadlines were extended on consent by court orders issued on December 18, 2024, January 13, 2025, and February 13, 2025. *See id.* Dkts. 5, 7, 9. Those charging deadlines expire today. *See id.* Dkt. 9. The parties agree that "the ends of justice served by" continuing these deadlines through March 19, 2025, to accommodate the plea conference scheduled for that day "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

by: /s/
      Justin Horton
      Georgia V. Kostopoulos
      Angela Zhu
      Assistant United States Attorneys
      (212) 637-2276 / -2212 / -1027

cc:    Jason Goldman, Esq.

Application **GRANTED.** The Court hereby excludes time through March 19, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time to accommodate the plea conference scheduled for March 19, 2025, outweigh the interests of the public and the defendant in a speedy trial. The Clerk of Court is respectfully requested to terminate EFC No. 11.
**SO ORDERED.**
Dated: March 17, 2025
New York, New York

Dale E. Ho
United States District Judge